IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHELLY WICKLUND, on behalf of herself and All other similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: **3:18-cv-01284-MPS** |
| Plaintiff, | | |
| vs. | | |
| CUISINART, INC., | | |
| Defendants. | | January 9, 2019 |

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendant, CUISINART, INC.

Dated: January 9, 2019

                                                                                                                       WILSON, ELSER, MOSKOWITZ,
                                                                                                                       EDELMAN & DICKER LLP

By:   /s/ TYLER HUMPHREY
Tyler Humphrey (ct30508)
*Attorneys for Defendants,*
CUISINART, INC.
1010 Washington Blvd. 8th floor
Stamford, CT 06901
(203) 388-9100
Tyler.Humphrey@wilsonelser.com
File No.: 15143.12

633108v.1

## CERTIFICATE OF SERVICE

  I, Tyler Humphrey, hereby certify that on this 9th day of January 2019, a true and correct copy of the foregoing was filed through the ECF system, and the document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants and the following counsel of record:

    **Marisa A. Bellair**
    **Steven J. Errante**
    **Lynch Traub Keefe & Errante PC**
    **P.O. Box 1612**
    **52 Trumbull Street**
    **New Haven, CT 06510**
    Mbellair@ltke.com
    serrante@ltke.com


    **Gregory F. Coleman**
    **Greg Coleman Law PC**
    **First Tennessee Plaza**
    **800 S. Gay Street, Suite 1100**
    **Knoxville, TN 37929**
    Greg@gregcolemanlaw.com


    **Whitfield Bryson & Manson LLP**
    **900 W. Morgan Street**
    **Raleigh, NC 27603**
    Dan@wbmllp.com
    Pat@wbmllp.com

633108v.1

**Mitchell Breit**
**Simmons, Hanly Conroy LLC**
**112 Madison Avenue 7th floor**
**New York NY 10016**
**mbreit@simmonsfirm.com**

**Rosen Saba LLP**
**9350 Wilshire Blvd. Suite 250**
**Beverly Hills, CA 90212**
**rsaba@rosensaba.com**
**kmeyer@rosensaba.com**

  I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

            /s/ *Tyler Humphrey*
            Tyler Humphrey (ct30508)

633108v.1