IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHELLY WICKLUND and RITA SCHNEIDER, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CONAIR CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.:  3:18-cv-01284-MPS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs SHELLY WICKLUND and RITA SCHNEIDER notify the Court that this case has settled on an individual basis.  The parties will memorialize the terms of the settlement in a timely fashion and a notice of dismissal with prejudice will be filed upon execution of a formal settlement agreement.

Dated: March 29, 2019        By:    s/*Rachel Soffin*
    Gregory F. Coleman (*pro hac vice*)
    Mark E. Silvey (*pro hac vice*)
    Rachel Soffin (*pro hac vice*)
    **GREG COLEMAN LAW PC**
    First Tennessee Plaza
    800 S. Gay Street, Suite 1100
    Knoxville, TN 37929
    Telephone: (865) 247-0080
    Facsimile: (865) 522-0049
    greg@gregcolemanlaw.com
    mark@gregcolemanlaw.com
    rachel@gregcolemanlaw.com

    Marisa A. Bellair (ct23802)
    **LYNCH, TRAUB, KEEFE & ERRANTE PC**
    52 Trumbull Street

New Haven, CT 06510
PO Box 1612
Telephone: (203) 787-0275
Facsimile: (203) 782-0278
mbellair@ltke.com

Mitchell Breit (*pro hac vice*)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
mbreit@simmonsfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2019, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                           s/*Rachel Soffin*
                                           Rachel Soffin